Glenn A. Harris (ID: 018461987)
harrisg@ballardspahr.com
**BALLARD SPAHR LLP**
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Tel. 856-761-3400

*Attorneys for Defendants E. I. du Pont de Nemours and Company and DuPont Specialty Products USA, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; DUPONT SPECIALTY PRODUCTS USA, LLC; 3M COMPANY; AND "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS), <br><br> Defendants. | CIVIL ACTION NO. 3:19-CV-14767-MAS-ZNQ |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdrawal the appearance of Glenn A. Harris of the law firm of Ballard Spahr LLP as counsel for Defendants E. I. du Pont de Nemours and Company and DuPont Specialty Products USA, LLC, in the above-captioned matter. These parties will continue to be represented by David A. Haworth, Esq. of Ballard Spahr LLP.

DMEAST #39778295 v1

Dated: January 3, 2020

    *s/ Glenn A. Harris*
Glenn A. Harris (ID: 018461987)
harrisg@ballardspahr.com
BALLARD SPAHR LLP
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002

*Attorneys for Defendants E. I. du Pont de Nemours and Company and DuPont Specialty Products USA, LLC*