Jeffrey S. Chiesa, Esq.
Ronald L. Israel, Esq.
James S. Arrabito, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
Email: risrael@csglaw.com
*Attorneys for Defendants Corteva, Inc. and
DuPont de Nemours, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | Civil Action No. 2:19-cv-14758-JMV-SCM<br>(Hon. John M. Vazquez, U.S.D.J.)<br><br>**ORDER FOR PRO HAC VICE ADMISSION OF AMY R. GORE** |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-14765-NHL-JS<br>(Hon. Neil L. Hillman, U.S.D.J.) |

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-14766-RMB-JS<br>(Hon. Renee M. Bumb, U.S.D.J.) |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | Civil Action No. 3:19-cv-14767-MAS-ZNQ<br>(Hon. Michael A. Shipp, U.S.D.J.) |

This matter having been brought before the Court by Ronald L. Israel, Esq. of Chiesa Shahinian & Giantomasi PC, attorneys for Defendants E. I. du Pont de Nemours and Company, Corteva, Inc. and DuPont de Nemours, Inc. ("Defendants"), on application to allow Amy R. Gore, Esq. of Bartlit Beck LLP, to appear and participate *pro hac vice*; and the Court having considered the Declarations of Ronald L. Israel, Esq. and Amy R. Gore, Esq., and all parties having consented to the admission of Amy R. Gore, Esq. *pro hac vice*; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this 3rd day of August, 2021,

**ORDERED** that Defendants' application be and hereby is **GRANTED**; and it is further

2

**ORDERED** that Amy R. Gore, Esq., a member in good standing and eligible to practice before the courts in the States of Illinois and the United States District Court for the Northern District of Illinois be permitted to appear *pro hac vice* in the above-captioned matters pursuant to L. Civ. R. 101(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Chiesa Shahinian & Giantomasi PC, attorneys of record for Defendants, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Amy R. Gore, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Amy R. Gore, Esq. shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Amy R. Gore, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, L. Civ. R. 104.1, and Discipline of Attorneys; and it is further

**ORDERED** that Amy R. Gore, Esq. shall notify this Court immediately of any disciplinary charges brought against her in the Bar of any other court; and it is further

**ORDERED** that Amy R. Gore, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended; and it is further

**ORDERED** that Chiesa Shahinian & Giantomasi PC may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
James B. Clark, III, U.S.M.J.