

**Bressler**
AMERY & ROSS
A PROFESSIONAL CORPORATION

325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932
Tel:  973.514.1200
Fax: 973.514.1660

Donald J. Camerson, II
Principal

Direct:  973.660.4433
djcamerson@bressler.com

October 29, 2021

**Via ECF**

The Honorable John Michael Vazquez, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Dear Judge Vazquez:

On behalf of 3M Company ("3M"), we write to respond to the State's submission of *SUEZ Water New Jersey, Inc. v. E.I. DuPont De Nemours, et. al,* No. 2:20-cv-19906-MCA-MAH (D.N.J.) as purported "supplemental persuasive authority."  (Dkt. 171).  3M is not a defendant in *SUEZ* and nothing in that Court's brief letter order addresses any of the arguments that 3M has made in its motions to dismiss the *Chambers Works* and *Parlin* complaints.  Indeed, the State does not specify any aspect of the order that it contends bears on 3M's motions.  Accordingly, as to 3M, the Court should disregard the State's submission and grant 3M's motions for the reasons set forth in our supporting memoranda.  (Dkt. 78-1, 102).

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Donald J. Camerson, II*
Donald J. Camerson, II

cc:     All counsel of record (via ECF)

ALABAMA ▲ FLORIDA ▲ NEW JERSEY ▲ NEW YORK ▲ NORTH CAROLINA ▲ TEXAS ▲ WASHINGTON, DC