IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIORNMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>                        Plaintiffs,<br><br>    v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; DUPONT SPECIALTY PRODUCTS USA, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; and "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS),<br><br>                        Defendants. | Case No.:  2:19-cv-14758-RMB-JBC<br>                1:19-cv-14765-RMB-JBC<br>                1:19-cv-14766-RMB-JBC<br>                3:19-cv-14767-RMB-JBC |

**CASE MANAGEMENT ORDER NO. 10**

The Court noting a hearing is scheduled on January 7, 2026, to address the parties' settlement approval motions; and the Court further noting that amici and proposed intervenors object to provisions in the parties' settlement agreements; and the Court further noting that in order to prepare for the January 7 hearing it is helpful to organize and summarize the objections; and accordingly, at the direction of the Chief District Judge:

IT IS HEREBY ORDERED this 18th day of December, 2025, that plaintiffs shall serve by December 31, 2025, a summary chart of the objections to the parties' proposed settlement agreements with the following information (hyperlinks to be provided if feasible):

1. The provision of the settlement agreements that is objected to;

2. The name of the party making the objection;

3. The basis of the objection with the citation to the supporting papers;

-2-

4. The State's response to the objection with the citation to the responsive arguments;

5. DuPont's response to the objection with the citation to the responsive arguments (to the extent they differ from the State); and

6. 3M's response to the objection with the citation to the responsive arguments (to the extent they differs from the State).

By: *s/ Joel Schneider*
Judge Joel Schneider (Ret.)
Special Master

Dated: December 18, 2025

7133693.1