## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-14766-RMB-JBC-JS <br> Civl Action No. 3:19-cv-14767-RMB-JBC-JS <br><br> **STIPULATION AND ORDER** |

**WHEREAS** Plaintiffs New Jersey Department of Environmental Protection ("DEP"), the Commissioner of the DEP, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") assert claims against Defendant 3M Company ("3M") in the Third Amended Complaint (Dkt. 332) in the Chambers Works action (19-cv-14766), and whereas 3M disputes Plaintiffs' claims and allegations and asserted defenses in its Answer (Dkt. 350);

**WHEREAS** Plaintiffs assert claims against 3M in the Second Amended Complaint (Dkt. 73) in the Parlin action (19-cv-14767), and whereas 3M disputes Plaintiffs' claims and allegations and asserted defenses in its Answer (Dkt. 183);

**WHEREAS** Plaintiffs and 3M have advised the Court that those parties agreed on May 12, 2025, to a settlement, in the form of a proposed Judicial Consent Order ("JCO"), to resolve Plaintiffs' claims against 3M, including in the above-captioned actions, subject to public comment and judicial approval; **AND ACCORDINGLY**,

**IT IS ORDERED** that at least until the motion to approve the JCO is filed and decided all case deadlines and other proceedings as against 3M in these actions are hereby stayed pending consideration of the proposed settlement; and

**IT IS FURTHER ORDERED** that while the stay is in effect, 3M's participation in any trial in the Chambers Works matter is excused; and the first "mini-trial" on Spill Act and Brownfield Act liability scheduled to commence on May 19, 2025 (Dkt. 613) shall not proceed as against 3M nor shall trial of the remaining claims and issues as to 3M, including those to be tried to a jury.

Dated: May 12, 2025

*Attorneys for Plaintiffs*

By: */s/Gwen Farley*
Gwen Farley, Esq., Deputy Attorney General
MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street P.O. Box 093
Trenton, New Jersey 08625
(609) 376-2740
gwen.farley@law.njoag.gov

Geoffrey W. Castello, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, New Jersey 07054
(973) 503-5900
gcastello@kelleydrye.com

David M. Reap, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
dreap@kelleydrye.com

William J. Jackson, Esq.
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
(713) 355-5000
bjackson@kelleydrye.com

John K. Dema, Esq.
Scott E. Kauff, Esq.
LAW OFFICES OF JOHN K. DEMA, P.C.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820
(340) 773-6142
jdema@demalaw.com
skauff@demalaw.com

*Attorneys for Defendant 3M Company*

By: */s/Donald J. Camerson, II*
Donald J. Camerson, II, Esq.
James W. Crowder, IV, Esq.
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
djcamerson@bressler.com
jcrowder@bressler.com

Andrew J. Calica, Esq. (*admitted PHV*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 790-5390
acalica@kslaw.com

        SO ORDERED.

        *[signature]*

        Hon. Renée M. Bumb
        Chief, U.S.D.J.

3